**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CARTER LUMAN,

    Plaintiff,

v.                                      Case No: 8:22-cv-1384-CEH-TGW

ELITE INSURANCE PARTNERS,
LLC and JAGGER ESCH,

    Defendants.
_____

## ORDER

This cause comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 38). In the Stipulation, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate to the voluntary dismissal with prejudice of the action because the claims were resolved without compromise. *See* Doc. 37.

In accord with the Stipulated Notice of Voluntary Dismissal With Prejudice, it is **ORDERED**:

1) This cause is dismissed, with prejudice.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties